No. 3036. Robledo, Apelante, *v.* Solá et al., Apelados.—Corte de Distrito de Humacao. Resuelto en mayo 4, 1923. Cobro de dinero. Apareciendo que si bien han transcurrido más de noventa días desde la fecha de la interposición del recurso sin que la transcripción se haya archivado en la Secretaría de este tribunal, es lo cierto que se está preparando la exposición del caso en la corte inferior dentro de las prórrogas concedidas, sin que se haya demostrado negligencia

por parte del apelante, se deniega la moción de desestimación de la parte apelada.